564 S.E.2d 676

**UNISUN INSURANCE, Respondent,**

v.

**Bruce HAWKINS, Tony Hawkins and
Ruby Hawkins, Defendants,**

**of whom Bruce Hawkins is, Petitioner.**

No. 25475.

Supreme Court of South Carolina.

Heard May 14, 2002.

Decided June 3, 2002.

Rehearing Denied June 26, 2002.

Robert D. Moseley, Jr., of Leatherwood Walker Todd & Mann, P.C., and H. Brent Fortson, both of Greenville, for petitioner.

John F. Martin, of Martin Law Firm, of Charleston, for respondent.

ON WRIT OF CERTIORARI TO THE
COURT OF APPEALS.

PER CURIAM.

This Court granted the petition for a writ of certiorari to review the Court of Appeals' opinion in *Unisun Ins. v. Hawkins*, 342 S.C. 537, 537 S.E.2d 559 (Ct.App.2000). After careful consideration, we now dismiss certiorari as improvidently granted.

**DISMISSED.**